| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: <br> **EASTERN** District of **NEW YORK** <br> (State) <br> Case number (If known): _____ Chapter **11** |

☐ Check if this is an amended filing

## Official Form 205
# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☑ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**  MASTER HOLDINGS INC.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   EIN ___ – _____

5. **Debtor's address**

   **Principal place of business**

   57 CUTTER MILL ROAD
   Number    Street

   GREAT NECK, NY 11021
   ~~QUEENS GH~~
   City        State   ZIP Code

   NASSAU
   ~~USA QUEEN GH~~
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City    State    ZIP Code

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1

Debtor _____MASTER HOLDINGS INC._____   Case number (if known)_____
      Name

6. **Debtor's website (URL)**  _____

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☑ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                                                     MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                                                     MM / DD / YYYY

**Part 3:  Report About the Case**

10. **Venue**

    Check one:
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☐ No
    - ☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor __Master Holdings Inc__                    Case number (if known) _____
       Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| guru - persaud:hariprasad | _____ | 612,872.98 |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| | Total of petitioners' claims | $ 612,872.98 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| GURU PERSAUD HARIPRASAD | Printed name _____ |
| Name | |
| 90-60 180th Street | Firm name, if any _____ |
| Number  Street | |
| Jamaica            NY      11432 | Number  Street _____ |
| City              State    ZIP Code | |
| | City _____ State ____ ZIP Code ____ |
| **Name and mailing address of petitioner's representative, if any** | |
| NONE | Contact phone _____ Email _____ |
| Name | |
| _____ | Bar number _____ |
| Number  Street | |
| _____ | State _____ |
| City    State    ZIP Code | |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| Executed on  11/20/2018 | **X** _____ |
|              MM / DD / YYYY | Signature of attorney |
| **X** guru-persaud: hariprasad (without recourse) | Date signed _____ |
| Signature of petitioner or representative, including representative's title | MM / DD / YYYY |

MOHAMMED NURUDDIN
Notary Public, State of New York
No. 01NU6064272
Qualified in Queens County
Commission Expires Sept. 24, 2021

20th DAY of NOV 2018

Debtor _____    Case number (if known) _____
        Name

**GRACEFUL, LLC**
Name and mailing address of petitioner

GRACEFUL, LLC  GH
Name

88-10 178th ST, APT 1G
Number   Street

JAMAICA              NY        11432
City                 State     ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City         State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/20/2018
             MM / DD / YYYY

X _guru-persaud: haupsaud (without recourse)_
Signature of petitioner or representative, including representative's title  OWNER

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State ____ ZIP Code ___

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**OBUKHOVA ORPHANAGE**
Name and mailing address of petitioner   SK REVOCABLE

OBUKHOVA ORPHANAGE INTER-VIVOS TRUST
Name

P.O. BOX 33510
Number   Street

JAMAICA              NY        11432
City                 State     ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City         State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/20/2018
             MM / DD / YYYY

X _guru-persaud: haupsaud (without recourse)_
Signature of petitioner or representative, including representative's title  OWNER

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State ____ ZIP Code ___

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205         Involuntary Petition Against a Non-Individual         page 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re: Guru P. Hariprasad
d/b/a Graceful LLC.
d/b/a Obukhova Orphanage Revocable Inter-Vivos Trust

Case No.
Chapter  11

_MASTER HOLDINGS INC_ Debtor(s)
-----------------------------------------------------------x

## AFFIRMATION OF FILER(S)

All individuals filing a bankruptcy petition on behalf of a pro se debtor(s), must provide the following information:

Name of Filer: _Guru P Hariprasad_

Address: _9060 180 ST, Jamaica, NY 11432_

Email Address: _gh276@nyu.edu_

Phone Number: _(347) 608-6460_

Name of Debtor(s): ① _MASTER MASTER HOLDINGS INC_
② ~~Red Hills Holdings LLC~~ GH.

CHECK THE APPROPRIATE RESPONSES:

### ASSISTANCE PROVIDED TO DEBTOR(S):

_✓_ I PREPARED THE PETITION AND/OR ASSISTED WITH THE PAPERWORK BY DOING THE FOLLOWING: _____

____ I DID NOT PROVIDE THE PAPERWORK OR ASSIST WITH COMPLETING THE FORMS.

### FEE RECEIVED:

_✓_ I WAS NOT PAID.

____ I WAS PAID.

Amount Paid: $ _____.

I/We hereby affirm the information above under the penalty of perjury.

Dated: _11/20/2018_

_Guru-Persaud · Hariprasad (Without Recourse)_
Filer's Signature